UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EPIC COMPANIES, LLC,** | § | **Case No. 19-34752** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

NOTICE REGARDING ADJOURNMENT OF HEARING ON DEBTORS'
EMERGENCY MOTION FOR (I) FOR ENTRY OF AN ORDER (A) APPROVING
AUCTION AND BID PROCEDURES, INCLUDING BID PROTECTIONS,
(B) AUTHORIZING AND SCHEDULING AND AUCTION FOR THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, AND (C) GRANTING
RELATED RELIEF, AND (II) FOR ENTRY OF AN ORDER (A) APPROVING THE
SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND
(C) GRANTING RELATED RELIEF

[Docket No. 13]

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Emergency Motion for (I) for Entry of an Order (A) Approving Auction and Bid Procedures, Including Bid Protections, (B) Authorizing and Scheduling and Auction for the Sale of Substantially all of the Debtors' Assets, and (C) Granting Related Relief, and (II) for Entry of an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 13] (the "Bid Procedures Motion") [Docket No. 13] scheduled for September 10, 2019 at 12:00 p.m. CT has been adjourned.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), EPIC Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The address of the Debtors' headquarters is: 1080 Eldridge Parkway, Suite 1300, Houston, Texas 77077.

9504639v1

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Bid Procedures Motion will be held on **September 16, 2019 at 12:00 p.m. CT** before the Honorable David R. Jones in Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

**Dated: September 9, 2019.**

Respectfully submitted,
By: */s/ John F. Higgins*
    John F. Higgins (TX 09597500
    Eric M. English (TX 24062714)
    M. Shane Johnson (TX 24083263)
    Genevieve M. Graham (TX 24085340)
    PORTER HEDGES LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Fax: (713) 226-6248

    **PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**