UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| EPIC COMPANIES, LLC, *et al.* | § Case No. 19-34752 <br> § |
| Debtors.[1] | § Jointly Administered <br> § |

NOTICE OF HEARING ON DEBTORS' EMERGENCY MOTION TO SELL CERTAIN ACCOUNTS RECEIVABLE FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES
[Docket No. 271]

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Emergency Motion to Sell Certain Accounts Receivable Free and Clear of Liens, Claims and Encumbrances* [Docket No. 271] is scheduled for Wednesday, October 23, 2019 at 9:45 a.m. (Central Time) before the Honorable David R. Jones, in Courtroom 400, 515 Rusk Houston, Texas.

Dated: October 17, 2019

By:   */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Genevieve M. Graham (TX 24085340)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), EPIC Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The address of the Debtors' headquarters is: 1080 Eldridge Parkway, Suite 1300, Houston, Texas 77077.

10291857_1