UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| EPIC COMPANIES, LLC, *et al.* | § Case No. 19-34752 <br> § |
| Debtors.[1] | § (Jointly Administered) <br> § |

## NOTICE OF CANCELLATION OF AUCTION
**(This Document Relates to Docket Nos. 227 and 232)**

  **PLEASE TAKE NOTICE** on October 3, 2019, the United States Bankruptcy Court for the Southern District of Texas, Houston Division entered the *Order (A) Approving Auction and Bid Procedures, Including Bid Protections, (B) Authorizing and Scheduling an Auction for the Sale of the Debtors' Assets; and (C) Granting Related Relief* [Docket No. 227] (the "Bid Procedures Order") authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to conduct an auction (the "Auction") to select the party to purchase the Debtors' assets.

  **PLEASE TAKE FURTHER NOTICE** pursuant to the terms of the Bid Procedures Order, the deadline for submitting qualified competing bids was November 8, 2018 at 5:00 p.m. Central Time in Houston, Texas. The Debtors did not receive any Qualified Bids (as defined in the Bid Procedures Order) by the bid deadline other than the Qualified Bid submitted by the Stalking Horse Bidder. Accordingly, the Auction previously scheduled for November 12, 2019 is hereby cancelled in accordance with the Bid Procedures Order.

  **PLEASE TAKE FURTHER NOTICE** that the hearing to approve the sale to White Oak Global Advisors, LLC shall take place as previously scheduled on **November 15, 2019, at 12:00 p.m. Central Time at the United States Bankruptcy Court, Courtroom 400, 4th Floor, 515 Rusk, Houston, Texas 77002.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), EPIC Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The address of the Debtors' headquarters is: 23603 W. Fernhurst Drive, Katy, Texas 77494.

10330896v1

Dated: November 11, 2019.

          **PORTER HEDGES LLP**

By:   */s/ John F. Higgins*
       John F. Higgins (TX 09597500)
       Eric M. English (TX 24062714)
       M. Shane Johnson (TX 24083263)
       Genevieve M. Graham (TX 24085340)
       1000 Main Street, 36th Floor
       Houston, Texas 77002
       Telephone: (713) 226-6000
       Fax: (713) 226-6248

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

10330896v1