UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| EPIC COMPANIES, LLC, | § Case No. 19-34752 (DRJ) <br> § |
| Debtors.[1] | § (Jointly Administered) <br> § |

**NOTICE OF QUALIFIED BIDS**
**[Relates to Docket Nos. 478 and 494]**

Pursuant to this Court's *Order (I) Approving Bid Procedures, Including a Breakup Fee and (II) Authorizing and Scheduling an Auction for the Sale of Certain Real Property* [Docket No. 494], Epic Companies, LLC, *et al.* (the "<u>Debtors</u>") files this Notice of Qualified Bids.

The Debtors have received Qualified Bids from the following parties and each party has been found to be a Qualified Bidder:

1. Grand Properties of Houma, LLC; and

2. Modern American Recycling Service, Inc.

Because the Debtors have received multiple Qualified Bids from Qualified Bidders, an auction for the Purchased Assets will be conducted on **January 7, 2020** commencing at **10:00 a.m. Central Time** at the offices of Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas. **Only Qualified Bidders may participate in the Auction.  All Qualified Bidders, or their authorized representatives with authority to bind the Qualified Bidder, must be physically present at the auction.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), Epic Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The address of the Debtors' headquarters is: 23603 W. Fernhurst Drive, Katy, Texas 77494.

10399882v1

Dated: Houston, Texas
       January 6, 2020.

**PORTER HEDGES LLP**

By: */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Genevieve M. Graham (TX 24085340)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**