UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | § |
|  | § Chapter 11 |
|  | § |
| EPIC COMPANIES, LLC, | § Case No. 19-34752 (DRJ) |
|  | § |
| Debtors.[1] | § (Jointly Administered) |
|  | § |

**COVER SHEET AND NOTES FOR DEBTORS' CONSOLIDATED MONTHLY OPERATING REPORT FOR THE PERIOD OF DECEMBER 1, 2019 TO DECEMBER 31, 2019**

**General Notes**

The financial information included herein, including supplemental information, is preliminary, unaudited, and may not comply in all respects with generally accepted accounting principles of the United States of America ("U.S. GAAP"). For presentation purposes, the information is presented on a consolidated basis under debtor Epic Companies, LLC, Case No. 19-34752 and include the information for related debtors Epic Alabama Steel, LLC, Case No. 19-34753; Epic Applied Technologies, LLC, Case No. 19-34754; Epic Diving & Marine Services, LLC, Case No. 19-34755; Epic San Francisco Shipyard, LLC, Case No. 19-34756; Epic Specialty Services, LLC, Case No. 19-34757; and Zuma Rock Energy Services, LLC, Case No. 19-34758. All receipts and disbursement activity occurred and is reported by debtor Epic Companies, LLC.

The cash transactions reported herein have been derived and reported as stated in the Debtors' books and bank accounts for the period of December 1, 2019 to December 31, 2019. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, audit or otherwise, the Debtors believe that the financial information herein could be subject to changes, certain of which could be material.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), EPIC Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The address of the Debtors' headquarters was previously 1080 Eldridge Parkway, Suite 1300, Houston, Texas 77077. As of November 1, 2019, the Debtors' new address is 23603 Fernhurst Drive, Suite 2105, Katy, TX 77494.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments. The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial position of the Debtors in the future. There are various immaterial variances throughout the report mostly attributed to rounding.

**Notes to MOR-1**

[1] Pursuant to the Order Authorizing and Approving the Sale of Certain Accounts Receivable Free and Clear of Liens, Claims, and Encumbrances (Docket No. 323), the Debtors have sold $8,408,903 of their Accounts Receivable assets. The Debtors have received $3,100,000 in cash at closing, and will also receive 80% of any collections of these receivables above $3,700,000. However, for the purposes of accounting for the sale transaction as reflected herein, the difference between the cash received at close and the full face value balance of the Accounts Receivable assets is shown as an expense, which negatively impacted Net Income for the current period.

[2] The Debtors have paid certain pre-petition liabilities, as approved by the Court and described in the following motions: insurance obligations (Docket No. 6), taxes (Docket No. 7), adequate assurance payments to utility companies (Docket No. 8), and workforce obligations (Docket No. 9).

**Notes to MOR-2**

[1] Pursuant to the Order Authorizing and Approving the Sale of Certain Accounts Receivable Free and Clear of Liens, Claims, and Encumbrances (Docket No. 323), the Debtors have sold $8,408,903 of their Accounts Receivable assets. The Debtors have received $3,100,000 in cash at closing, and will also receive 80% of any collections of these receivables above $3,700,000. However, for the purposes of accounting for the sale transaction as reflected herein, the difference between the cash received at close and the full face value balance of the Accounts Receivable assets is shown as an expense, which negatively impacted Net Income in a previous period.

[2] PP&E asset values reflect consolidated book value estimates based on allocated acquisition purchase price amounts. The Debtors did not complete the valuation and audit necessary to finalize the purchase price accounting process.

[3] Intangible assets reflect goodwill related to the acquisition of certain well control assets.

**Notes to MOR-3**

[1] Balance as reflected Schedule E/F: Creditors Who Have Unsecured Claims (Nonpriority Unsecured Claims) for all Debtors.

**Notes to MOR-4**

[1] Amounts reflect unpaid invoices received by the Debtor prior to the end of the reporting period. It is estimated that an additional $2,065,828 of professional fees has been accrued, but not yet invoiced, as of the end of the reporting period.

**Notes to MOR-5**

[1] Aging for post-petition liabilities and accounts receivable is calculated based on due date.

[2] "Other" includes senior secured debt and related accrued interest, accrued professional fees, and other miscellaneous accrued expenses.

**Notes to MOR-6**

[1] Reflects wages paid to the Debtors' Chief Legal Officer (Kelton Tonn).

[2] Pursuant to the Order Authorizing and Approving the Sale of Certain Accounts Receivable Free and Clear of Liens, Claims, and Encumbrances (Docket No. 323), the Debtors have sold $8,408,903 of their Accounts Receivable assets. The Debtors have received $3,100,000 in cash at closing, and will also receive 80% of any collections of these receivables above $3,700,000. However, for the purposes of accounting for the sale transaction as reflected herein, the difference between the cash received at close and the full face value balance of the Accounts Receivable assets is shown as an expense, which negatively impacted Net Income for the current period.

**Notes to MOR-7**

[1] All receipts and disbursement activity occurred and is reported by debtor Epic Companies, LLC.

[2] The Debtors maintain other bank accounts, which are no longer used for operations and as of the time of this report are in the process being closed.

**Notes to MOR-8**

[1] Operating, payroll, and tax cash transactions are performed in the Debtors' Bank of America bank account ending in 1571.

[2] The Debtors maintain other bank accounts, which are no longer used for operations and are in the process of being closed.

[3] The Bank of America account ending in 4205 is the lockbox account used for collections and miscellaneous refunds.

[4] The Capital One account ending in 1093 was previously used for collections, but will subsequently be closed as it is no longer utilized by the Debtors.

UNITED STATES BANKRUPTCY COURT SOUTHERN AND WESTERN DISTRICTS OF TEXAS DIVISION

CASE NAME: In Re: EPIC Companies, LLC    Petition Date: 8/26/2019
CASE NUMBER: 19-34752

## MONTHLY OPERATING REPORT SUMMARY FOR SEPTEMBER 30, 2019, TO DECEMBER 31, 2019

| MONTH | 8/26/19-9/30/19 | 10/31/2019 | 11/30/2019 | 12/31/2019 | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ 102,367.94 | $ 143,050.00 | $ 75,510.00 | $ 54,810.00 | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | $ (943,359.81) | $ (642,409.21) | $ (1,808,613.89) | $ (1,854,782.17) | | |
| NET INCOME (LOSS) (MOR-6) | $ (2,208,156.68) | $ (7,277,502.41) | $ (3,074,543.89) | $ (3,122,636.58) | | |
| PAYMENTS TO INSIDERS (MOR-9) | $ 20,769.24 | $ 21,634.62 | $ 21,819.62 | $ 22,061.73 | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | $ 334,971.74 | $ 349,475.82 | $ 1,147,237.95 | $ 1,202,182.99 | | |
| TOTAL DISBURSEMENTS (MOR-8) | $ (2,027,107.34) | $ (1,857,022.77) | $ (2,402,891.70) | $ (1,733,669.23) | | |

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

CIRCLE ONE
Are all accounts receivable being collected within terms?  **No (see notes to MOR-1 [1])**
Are all post-petition liabilities, including taxes, being paid within terms?  **Yes**
Have any pre-petition liabilities been paid?  **Yes (see notes to MOR-1 [2])**
Are all funds received being deposited into DIP bank accounts?  **Yes**
Were any assets disposed of outside the normal course of business?  **No**
If so, describe _____
Are all U. S. Trustee Quarterly Fee Payments current?  **Payment in process**
What is the status of your Plan of Reorganization?  **N/A**
I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.
SIGNED_____
(ORIGINAL SIGNATURE)
MOR-1                                        TITLE __Chief Restructuring Officer_____

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | DATE: 01/16/20 |
|---|---|---|
| CASUALTY | YES(X) NO( ) | |
| LIABILITY | YES(X) NO( ) | |
| VEHICLE | | |
| WORKER'S | YES(X) NO( ) | |
| OTHER: Directors & Officers | | |

ATTORNEY NAME: JOHN F. HIGGINS
FIRM: PORTER HEDGES LLP
ADDRESS: 1000 MAIN ST, 36TH FL, HOUSTON, TX 77002
TELEPHONE: (713) 226-6248

CASE NAME: In Re: EPIC Companies, LLC  CASE NUMBER: 19-34752

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | 9/30/2019 | 10/31/2019 | 11/30/2019 | 12/31/2019 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 167,469.39 | 783,048.58 | 5,470,804.79 | 3,969,098.58 | 3,438,160.16 | | |
| Accounts Receivable, Net [1] | 18,417,604.52 | 17,973,950.96 | 9,609,942.96 | 9,685,452.96 | 9,740,262.96 | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 1,831,707.18 | 2,196,384.87 | 1,995,406.94 | 1,835,812.18 | 1,599,934.25 | | |
| Investments | | | | | | | |
| Other | 179,182.03 | 179,182.03 | 179,182.03 | 179,182.03 | 179,182.03 | | |
| **TOTAL CURRENT ASSETS** | 20,595,963.12 | 21,132,566.44 | 17,255,336.72 | 15,669,545.75 | 14,957,539.40 | | |
| PROPERTY, PLANT&EQUIP, @ COST [2] | 226,319,807.42 | 226,319,807.42 | 226,319,807.42 | 226,319,807.42 | 226,319,807.42 | | |
| Less Accumulated Depreciation | (106,337,007.50) | (107,529,263.31) | (108,721,519.12) | (109,913,774.93) | (111,106,030.74) | | |
| NET BOOK VALUE OF PP & E | 119,982,799.91 | 118,790,544.10 | 117,598,288.29 | 116,406,032.48 | 115,213,776.67 | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3 OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY Net of Amortization [3] | 5,693,902.47 | 5,693,902.47 | 5,693,902.47 | 5,693,902.47 | 5,693,902.47 | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 146,272,665.50 | 145,617,013.01 | 140,547,527.49 | 137,769,480.70 | 135,865,218.54 | | |

*Per Schedules and Statement of Affairs

**MOR-2**

CASE NAME: In Re: EPIC Companies, LLC     CASE NUMBER: 19-34752

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | 9/30/2019 | 10/31/2019 | 11/30/2019 | 12/31/2019 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 1,552,504.19 | 3,285,267.46 | 4,056,822.39 | 5,275,196.81 | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 115,635,762.97 | 115,635,762.97 | 115,635,762.97 | 115,635,762.97 | 115,635,762.97 | | |
| Priority Debt | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt [1] | 30,801,494.52 | 30,801,494.52 | 30,801,494.52 | 30,801,494.52 | 30,801,494.52 | | |
| Other | | | 475,253.61 | 195.79 | 195.79 | | |
| TOTAL PRE-PETITION LIABILITIES | 146,447,757.49 | 146,447,757.49 | 146,923,011.10 | 146,447,953.28 | 146,447,953.28 | | |
| **TOTAL LIABILITIES** | 146,447,757.49 | 148,000,261.68 | 150,208,278.56 | 150,504,775.67 | 151,723,150.09 | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | - | - | - | - | | |
| COMMON STOCK | | - | - | - | - | | |
| ADDITIONAL PAID-IN CAPITAL | | - | - | - | - | | |
| RETAINED EARNINGS: Filing Date | (175,091.99) | (175,091.99) | (175,091.99) | (175,091.99) | (175,091.99) | | |
| RETAINED EARNINGS: Post Filing Date | | (2,208,156.68) | (9,485,659.09) | (12,560,202.98) | (15,682,839.56) | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (175,091.99) | (2,383,248.66) | (9,660,751.08) | (12,735,294.97) | (15,857,931.55) | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 146,272,665.50 | 145,617,013.01 | 140,547,527.49 | 137,769,480.70 | 135,865,218.54 | | |

**MOR-3**
*Per Schedules and Statement of Affairs

**CASE NAME:** In Re: EPIC Companies, LLC     **CASE NUMBER:** 19-34752

## SCHEDULE OF POST-PETITION LIABILITIES

|  | 9/30/2019 | 10/31/2019 | 11/30/2019 | 12/31/2019 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | |
| **TAX PAYABLE:** | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| **TOTAL TAXES PAYABLE** | - | - | - | - | - | - |
| **SECURED DEBT POST-PETITION** | 1,457,119.16 | 3,231,757.47 | 4,114,933.47 | 5,109,269.36 | | |
| **ACCRUED INTEREST PAYABLE** | 41,556.51 | 49,119.59 | - | 75,598.60 | | |
| ***ACCRUED PROFESSIONAL FEES [1]** | 108,365.23 | 39,809.18 | - | - | | |
| **OTHER ACCRUED LIABILITIES:** | | | | | | |
| 1. | (54,536.71) | (35,418.77) | (58,111.08) | 90,328.85 | | |
| 2. | | | | | | |
| 3. | | | | | | |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** | 1,552,504.19 | 3,285,267.46 | 4,056,822.39 | 5,275,196.81 | | |

\*  Payment Requires Court Approval.

**MOR-4**

**CASE NAME: In Re: EPIC Companies, LLC**   **CASE NUMBER: 19-34752**

## AGING OF POST-PETITION LIABILITIES
### DECEMBER 31, 2019

| DAYS[1] | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER[2] |
|---|---|---|---|---|---|---|
| 0-30 | $ 5,275,196.81 | $ - | $ - | $ - | $ - | $ 5,275,196.81 |
| 31-60 | $ - | $ - | $ - | $ - | $ - | $ - |
| 61-90 | $ - | $ - | $ - | $ - | $ - | $ - |
| 91 + | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL | $ 5,275,196.81 | $ - | $ - | $ - | $ - | $ 5,275,196.81 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 9/30/2019 | 10/31/2019 | 11/30/2019 | 12/31/2019 | |
|---|---|---|---|---|---|
| 0-30 DAYS | $ 2,029,089.80 | $ 121,106.00 | $ 196,616.00 | $ 54,810.00 | |
| 31-60 DAYS | $ 7,927,082.35 | $ 1,487,800.00 | $ 195,490.00 | $ 75,510.00 | |
| 61-90 DAYS | $ 4,339,403.98 | $ 3,751,034.12 | $ 113,200.00 | $ 121,106.00 | |
| 91 + DAYS | $ 2,629,223.27 | $ 4,250,002.84 | $ 9,180,146.96 | $ 9,488,836.96 | |
| TOTAL | $ 16,924,799.40 | $ 9,609,942.96 | $ 9,685,452.96 | $ 9,740,262.96 | |

**MOR-5**

**CASE NAME:** In Re: EPIC Companies, LLC    **CASE NUMBER:** 19-34752

## STATEMENT OF INCOME (LOSS)

| MONTH | 8/27-9/30 | 10/31/2019 | 11/30/2019 | 12/31/2019 | 1/31/2020 | 2/28/2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **REVENUES (MOR-1)** | 102,367.94 | 143,050.00 | 75,510.00 | 54,810.00 | - | | 375,737.94 |
| **TOTAL COST OF REVENUES** | - | - | - | - | - | | - |
| **GROSS PROFIT** | 102,367.94 | 143,050.00 | 75,510.00 | 54,810.00 | - | | 375,737.94 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | - | - | - | - | - | | - |
| General & Administrative | 689,986.77 | 522,714.00 | 1,718,739.11 | 685,347.45 | | | 3,616,787.33 |
| Insiders Compensation | 20,769.24 | 21,634.62 | 21,819.62 | 22,061.73 | | | 86,285.21 |
| Professional Fees [1] | 334,971.74 | 241,110.59 | 143,565.16 | 1,202,182.99 | | | 1,921,830.48 |
| Other (attach list) | - | | | | | | - |
| | | | | | | | |
| **TOTAL OPERATING EXPENSES** | 1,045,727.75 | 785,459.21 | 1,884,123.89 | 1,909,592.17 | - | - | 5,624,903.02 |
| **INCOME BEFORE INT, DEPR/TAX (MOR-1)** | (943,359.81) | (642,409.21) | (1,808,613.89) | (1,854,782.17) | - | - | (5,249,165.08) |
| INTEREST EXPENSE | 72,541.06 | 57,842.39 | 73,674.19 | 75,598.60 | | | 279,656.24 |
| DEPRECIATION | 1,192,255.81 | 1,192,255.81 | 1,192,255.81 | 1,192,255.81 | | | 4,769,023.24 |
| OTHER (INCOME) EXPENSE* | | | | | | | - |
| OTHER ITEMS** [2] | | 5,384,995.00 | - | | | | 5,384,995.00 |
| **TOTAL INT, DEPR & OTHER ITEMS** | 1,264,796.87 | 6,635,093.20 | 1,265,930.00 | 1,267,854.41 | - | - | 10,433,674.48 |
| **NET INCOME BEFORE TAXES** | (2,208,156.68) | (7,277,502.41) | (3,074,543.89) | (3,122,636.58) | - | - | (15,682,839.56) |
| **FEDERAL INCOME TAXES** | - | - | - | - | - | - | - |
| **NET INCOME (LOSS) (MOR-1)** | (2,208,156.68) | (7,277,502.41) | (3,074,543.89) | (3,122,636.58) | - | - | (15,682,839.56) |

*Accrual Accounting Required, Otherwise Footnote With Explanation*
*\*  Footnote Mandatory*

**MOR-6**

CASE NAME: In Re: EPIC Companies, LLC  CASE NUMBER: 19-34-752

| CASH RECEIPTS AND DISBURSEMENTS[1] | (8/26/19-9/30/19) | 10/31/2019 | 11/30/2019 | 12/31/2019 | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH [2] | $ 167,104.44 | $ 783,048.58 | $ 5,470,804.79 | $ 3,969,098.58 | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | $ - | $ - | $ - | $ - | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | $ 590,031.50 | $ 4,035,637.00 | $ - | $ 51,133.60 | | | |
| 4. LOANS & ADVANCES (attach list) | $ 2,001,424.43 | $ 2,490,054.98 | $ 883,176.00 | $ 994,335.89 | | | |
| 5. SALE OF ASSETS | $ - | $ - | | | | | |
| 6. OTHER (attach list) | $ 27,916.90 | $ 29,328.80 | $ 18,009.49 | $ 157,261.32 | | | |
| TOTAL RECEIPTS | $ 2,619,372.83 | $ 6,555,020.78 | $ 901,185.49 | $ 1,202,730.81 | | | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | $ - | $ - | $ - | $ - | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | $ (233,176.59) | $ (83,367.55) | $ (77,572.50) | $ (41,182.34) | | | |
| 8. PAYROLL TAXES PAID | $ (75,116.54) | $ (38,777.59) | $ (42,350.65) | $ (14,456.18) | | | |
| 9. SALES, USE & OTHER TAXES PAID | $ - | $ - | | $ (5,325.09) | | | |
| 10. SECURED / RENTAL / LEASES | $ (100,547.91) | $ (100,547.91) | $ (143,565.16) | $ (71,782.58) | | | |
| 11. UTILITIES | $ (2,866.89) | $ (6,405.35) | $ (6,243.98) | $ (9,418.76) | | | |
| 12. INSURANCE | $ (680,955.88) | $ - | $ (120,978.50) | $ - | | | |
| 13. INVENTORY PURCHASES | $ - | $ - | $ - | $ - | | | |
| 14. VEHICLE EXPENSES | $ - | $ - | $ - | $ - | | | |
| 15. TRAVEL & ENTERTAINMENT | $ - | $ - | $ - | $ - | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | $ - | $ - | $ - | $ - | | | |
| 17. ADMINISTRATIVE & SELLING | $ - | $ - | $ (51,664.04) | $ (41,279.46) | | | |
| 18. OTHER (attach list) | $ (684,523.32) | $ (1,288,690.35) | $ (791,057.92) | $ (348,041.83) | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ (1,777,187.13) | $ (1,517,788.75) | $ (1,233,432.75) | $ (531,486.24) | | | |
| 19. PROFESSIONAL FEES | $ (226,606.51) | $ (349,475.82) | $ (1,147,237.95) | $ (1,202,182.99) | | | |
| 20. U.S. TRUSTEE FEES | $ - | | $ (22,221.00) | $ - | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | $ - | | | | | | |
| TOTAL DISBURSEMENTS | $ (2,003,793.64) | $ (1,867,264.57) | $ (2,402,891.70) | $ (1,733,669.23) | | | |
| 22. NET CASH FLOW | $ 615,579.19 | $ 4,687,756.21 | $ (1,501,706.21) | $ (530,938.42) | | | |
| 23. CASH - END OF MONTH (MOR-2) | $ 782,683.63 | $ 5,470,804.79 | $ 3,969,098.58 | $ 3,438,160.16 | | | |

MOR-7
*Applies to Individual debtor's only

## MOR-7 List Attachments (December 31, 2019)

| LOANS & ADVANCES | | |
|---|---|---|
| Receipt Date | Receipt Amount | Receipt Description |
| 12/18/2019 | $ 511,558.89 | DIP Loan Draw |
| 12/27/2020 | $ 482,777.00 | DIP Loan Draw |
| **Total** | **$ 994,335.89** | |
| | | |
| OTHER (RECEIPTS) | | |
| Receipt Date | Receipt Amount | Receipt Description |
| 12/3/2019 | $ 34,900.00 | Return of rent payment (error). |
| 12/9/2019 | $ 361.32 | Payroll |
| 12/19/2019 | $ 122,000.00 | MARS property bid deposit. |
| **Total** | **$ 157,261.32** | |
| | | |
| OTHER (DISBURSEMENTS) | | |
| Disbursement Date | Disbursement Amount | Receipt Description |
| 12/17/2019 | $ 44,085.73 | COBRA refund pass-through |
| 12/18/2019 | $ 5,790.70 | Office expenses |
| 12/6/2019 | $ 251,746.62 | OCPs, asset sales and related. |
| 12/13/2019 | $ 36,250.00 | Arc Controls asset transfer. |
| 12/6/2020 | $ 10,168.78 | Bank fees and other. |
| **Total** | **$ 348,041.83** | |

**CASE NAME: In Re: EPIC Companies, LLC**  **CASE NUMBER: 19-34752**

**CASH ACCOUNT RECONCILIATION**
**MONTH OF DECEMBER, 2019**

| BANK NAME | Bank of America[1] | N/A | N/A | Bank of America[3] | Capital One[4] | Professional Fee Escrow | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | #002419801571 | | | #488061534205 | #00004670141093 | #1000046389 | |
| *ACCOUNT TYPE [2]* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *OTHER FUNDS* | *OTHER FUNDS* | *TOTAL [2]* |
| **BANK BALANCE** | $ 1,561,690.11 | - | - | $ - | $ - | $ 1,900,000.00 | $ 3,461,690.11 |
| **DEPOSIT IN TRANSIT** | | - | - | $ - | $ - | $ - | $ - |
| **OUTSTANDING CHECKS** | $ (23,529.95) | - | - | $ - | $ - | $ - | $ (23,529.95) |
| **ADJUSTED BANK BALANCE** | $ 1,538,160.16 | $ - | $ - | $ - | $ - | $ 1,900,000.00 | $ 3,438,160.16 |
| **BEGINNING CASH - PER BOOKS** | $ 3,969,098.58 | - | - | $ - | $ - | $ - | $ 3,969,098.58 |
| **RECEIPTS** | $ 1,202,730.81 | - | - | $ - | $ - | $ - | $ 1,202,730.81 |
| **TRANSFERS BETWEEN ACCOUNTS** | $ (1,900,000.00) | - | - | | | $ 1,900,000.00 | $ - |
| **(WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2** | $ - | - | - | $ - | $ - | $ - | $ - |
| **CHECKS/OTHER DISBURSEMENTS** | $ (1,733,669.23) | - | - | $ - | $ - | $ - | $ (1,733,669.23) |
| **ENDING CASH - PER BOOKS** | $ 1,538,160.16 | - | - | $ - | $ - | $ 1,900,000.00 | $ 3,438,160.16 |

**MOR-8**

CASE NAME: In Re: EPIC Companies, LLC    CASE NUMBER: 19-34752

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals.  Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | 8/26/19-9/30/19 | 10/31/2019 | 11/30/2019 | 12/31/2019 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Kelton Tonn / Chief Legal Officer / Gross Salary | $ 20,769.24 | $ 21,634.62 | $ 21,819.62 | $ 22,061.73 | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $ 20,769.24 | $ 21,634.62 | $ 21,819.62 | $ 22,061.73 | $ - | $ - |

| PROFESSIONALS NAME/ORDER DATE | MONTH (8/26-9/30) | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. S3 Advisors, LLC (G2 Capital Advisors, LLC) | $ 334,971.74 | $ 249,857.20 | $ 359,621.12 | $ 210,247.76 | | |
| 2. Hilco | | $ 33,200.88 | | | | |
| 3. Kennedy Marr | | $ 31,417.74 | | | | |
| 4. Keen Summit | | $ 35,000.00 | $ 34,999.00 | | | |
| 5. Porter Hedges (debtor's counsel) | | | $ 752,617.83 | $ 352,668.89 | | |
| 6. Epiq (noticing agent) | | | | $ 215,953.72 | | |
| 7. Munsch (UCC) | | | | $ 357,028.02 | | |
| 8. Glass Ratner (UCC FA) | | | | $ 66,284.60 | | |
| 9. Paul Hastings (lender counsel) | | | | | | |
| | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $ 334,971.74 | $ 349,475.82 | $ 1,147,237.95 | $ 1,202,182.99 | $ - | $ - |

MOR-9