UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EPIC COMPANIES, LLC,** | § | **Case No. 19-34752 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF ENTRY OF ORDER APPROVING PLAN PROPONENTS' DISCLOSURE STATEMENT AND CONFIRMING PLAN PROPONENTS' JOINT PLAN OF LIQUIDATION OF EPIC COMPANIES, LLC AND ITS DEBTOR SUBSIDIARIES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AND NOTICE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE THAT** on April 8, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order Approving Plan Proponents' Disclosure Statement and Confirming Plan Proponents' Joint Plan of Liquidation of Epic Companies, LLC and its Debtor Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 681] (the "Confirmation Order") confirming the Plan[2] proposed by the above-captioned debtors (the "Debtors") together with the Official Committee of Unsecured Creditors appointed in the Debtors' cases.

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on April 13, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Court's confirmation of the Plan includes, without limitation, its approval of certain release, exculpation, injunction, and related provisions in Article X of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims, other than Professional Fee Claims, is **May 13, 2020**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), Epic Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The address of the Debtors' headquarters is: 23603 W. Fernhurst Drive, Katy, Texas 77494.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the *Joint Plan of Liquidation of Epic Companies, LLC and Its Debtors Subsidiaries under Chapter 11 of the bankruptcy Code* [Docket No. 584] (the "Plan") and the *Notice of Filing Plan Supplement* [Docket No. 628].

**PLEASE TAKE FURTHER NOTICE THAT** all proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Confirmation Order, must be filed with the Court by **May 13, 2020** (the "Rejection Claims Deadline"). **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed by the Rejection Claims Deadline will be forever barred from assertion against the Debtors, the Estates, Liquidating Trustee, the property of the Debtors, or the Liquidating Trust, without the need for any objection by the Liquidating Trustee or further notice to, or action, order, or approval of the Bankruptcy Court or any other entity.**

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Professional Fee Claims is **May 28, 2020**.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding upon the Debtors and the Liquidating Trustee, and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, the Confirmation Order and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Confirmation Order, the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you should contact Epiq Corporate Restructuring, LLC, the notice and claims agent retained by the Debtors in the Chapter 11 Cases (the "Notice and Claims Agent"), by: (a) visiting the Debtors' restructuring website at: https://dm.epiq11.com/case/ECL; or (b) calling the Notice and Claims Agent at 1-866-897-6433 (U.S. and Canada) or 1-646-282-2500 (international).

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to contact the Liquidating Trustee, you may do so through his counsel: Porter Hedges LLP, Attn: M. Shane Johnson, 1000 Main Street, 36th Floor, Houston, Texas 77002; Telephone: (713) 226-6769.

Dated: April 13, 2020
Houston, Texas

**PORTER HEDGES LLP**

By:  */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

-and-

**MUNSCH HARDT KOPF & HARR, P.C.**
Jay H. Ong (TX 24028756)
Christopher D. Johnson (TX 24012913)
John D. Cornwell (TX 24050450)
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**