**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

**HOUSTON DIVISION**  ▼

IN RE: §
§
Epic Companies, LLC, et al. §        CASE NO. 19-34752
§        CHAPTER 11
§
DEBTOR §

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING** SEPTEMBER ▼ 2020 ▼

1. ☑ **Quarterly**  or  ☐ **Final (check one)**

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3)        $ 110,401.21

   B. Disbursements not under the plan        $ 340,316.27

   **Total Disbursements**        $ 450,717.48

   **\*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

3. **Has the order confirming plan become final?**        ☑ Yes  ☐ No

4. **Are Plan payments being made as required under the Plan?**        ☑ Yes  ☐ No

5. **If "No", what Plan payments have not been made and why?**

   Please explain:  _____

   _____

   _____

6. **If plan payments have not yet begun, when will the first plan payment be made?** _____ **(Date)**

7. **What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?** 4/13/2020 **(Date)**

8. **Please describe any factors which may materially affect your ability to obtain a final decree at this time.**

   _____

   _____

   _____

9. **Complete the form for Plan Disbursements attached.**

10. **CONSUMMATION OF PLAN:**

    A.  **If this is a final report, has an application for Final Decree been submitted*?**

    ☐ **Yes  Date application was submitted** _____

    ☒ **No  Date when application will be submitted** _____

    *(if required by Local Rule)

    B.  **Estimated Date of Final Payment Under Plan** _____

    | INITIALS _____ |
    | DATE _____ |
    | UST USE ONLY |

    **I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

    **SIGNED:** _[signature]_____        **DATE:** 10/30/2020

    Jeffrey T. Varsalone, Liquidating Trustee
    **(PRINT NAME)**

IN RE: Epic Companies, LLC, et al.     CASE NO. 19-34752

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 1,152,437.09[1] | 1,152,437.09 |
| RECEIPTS | 273,209.91 | 273,209.91 |
| DISBURSEMENTS | | |
| NET PAYROLL | 111,687.27 | 111,687.27 |
| PAYROLL TAXES PAID | | |
| SECURED/RENTAL/LEASES | 6,000.00 | 6,000.00 |
| UTILITIES | | |
| INSURANCE | | |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | | |
| TRAVEL & ENTERTAINMENT | | |
| REPAIRS, MAINTENANCE & SUPPLIES | | |
| ADMINISTRATIVE  & SELLING | 222,629.00 | 222,629.00 |
| OTHER   (attach list) | | |
| PLAN PAYMENTS (page 1 and page 3) | 110,401.21 | 110,401.21 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 450,717.48 | 450,717.48 |
| NET CASH FLOW | (177,507.57) | (177,507.57) |
| CASH-END OF QUARTER | 974,929.52 | 974,929.52 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
## QUARTER ENDING  SEPTEMBER ▼

| | Month/Year 07/2020 | Month/Year 08/2020 | Month/Year 09/2020 | Total |
|---|---|---|---|---|
| Bank Balance | 1,192,888.71 | 1,060,274.33 | 974,929.52 | 1,192,888.71 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | | | | 0.00 |
| Adjusted Balance | 1,192,888.71 | 1,060,274.33 | 974,929.52 | 1,192,888.71 |
| Beginning Cash-Per Books | 1,152,437.09 | 1,192,888.71 | 1,060,274.33 | 1,152,437.09 |
| Receipts | 270,759.91 | 410.00 | 2,040.00 | 273,209.91 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | 230,308.29 | 133,024.38 | 87,384.81 | 450,717.48 |
| Ending Cash-Per Books | 1,192,888.71 | 1,060,274.33 | 974,929.52 | 974,929.52 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year 07/2020 | Month/Year 08/2020 | Month/Year 09/2020 | Total |
|---|---|---|---|---|
| Beginning Cash | 1,152,437.09 | 1,192,888.71 | 1,060,274.33 | |
| Total Receipts | 270,759.91 | 410.00 | 2,040.00 | 273,209.91 |
| Total Disbursements | 230,308.29 | 133,024.38 | 87,384.81 | 450,717.48 |
| Ending Cash | 1,192,888.71 | 1,060,274.33 | 974,929.52 | |

1.  Beginning cash was adjusted to $1,152,437.09 from
    $1,222,493.04 based on a cash reconciliation

**IN RE:** §
§
Epic Companies, LLC, et al. §   **CASE NO.** 19-34752
§
**DEBTOR** §
§

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Munsch Hardt Kopf and Harr PC | | | 110,401.21 | 110,401.21 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** | | | 110,401.21 | 110,401.21 |