United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EPIC COMPANIES, LLC,** | § | **Case No. 19-34752 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

### ORDER SUSTAINING DEBTORS' OBJECTION TO HUSQVARNA CONSTRUCTION PRODUCTS' CLAIM NO. 10046

[Related to Docket No. 616 and 975]

The Debtors filed their *Objection to Husqvarna Construction Products' Claim No. 10046* (the "Objection"). The Court has jurisdiction to consider the Objection and the Debtors have given sufficient and proper notice of the Objection. It is therefore **ORDERED** that:

1. Husqvarna Construction Products' Proof of Claim No. 10046 is reclassified as general unsecured claim against the Debtors' estates.

2. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any other prepetition claim against the Debtors; (b) waiver of any party's right to dispute any other prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (e) waiver of the Debtors' or the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), Epic Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The mailing address of the Debtors is: P.O. Box 79625, Houston, Texas 77279-9625.

10467897

3. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed: September 08, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

10467897