UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | * Chapter 11 |
| EPIC COMPANIES, LLC, *et al*. | * Case No. 19-34752 (DRJ) |
| Debtors.[1] | * (Jointly Administered) |

### FUGRO MARINE USA, INC.'S
### MOTION TO WITHDRAW ITS PROOFS OF CLAIM

NOW INTO COURT through undersigned counsel comes Fugro Marine USA, Inc. and with respect represents as follows:

Fugro Marine USA, Inc. filed a Proof of Claim Numbers 35, 36, 40, 231, 10159, 10160, 10161, 10163 in the amount of $103,687.50 for unpaid invoices for services provided to the debtor.

Fugro Marine USA, Inc. withdraws all Proofs of Claim Numbers 35, 36, 40, 231, 10159, 10160, 10161, 10163 with prejudice.

Respectfully Submitted:

GORDON, ARATA, MONTGOMERY, BARNETT,
McCOLLAM, DUPLANTIS & EAGAN, LLC

*/s/ Stephen L. Williamson*
STEPHEN L. WILLIAMSON (LA. Bar No. 8316)
R. ETHAN ZUBIC (LA. Bar No. 34834)
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), EPIC Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022), The address of the Debtors' headquarters is 1080 Eldridge Parkway, Suite 1300, Houston, Texas 77077.

```
Telephone:   (504) 582-1111
Facsimile:   (504) 582-1121
Emails:      swilliamson@gamb.com
             ezubic@gamb.com
```

*Attorneys for Fugro USA Marine, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2021, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

*/s/ Stephen L. Williamson*
STEPHEN L. WILLIAMSON (LA. Bar No. 8316)
Gordon, Arata, Montgomery, Barnett, McCollam,
Duplantis & Eagan, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170
Telephone:   (504) 582-1111
Facsimile:   (504) 582-1121
E-mail:      swilliamson@gamb.com