IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC COMPANIES, LLC, | Case No. 19-34752 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

(Docket No. 996)

## ORDER APPOINTING THE HONORABLE EDUARDO V. RODRIGUEZ AS MEDIATOR

It is hereby **ORDERED** that:

1. The Honorable Eduardo V. Rodriguez is appointed as mediator in the pre-suit mediation between the Liquidating Trustee and certain potential defendants.

2. At all times in the performance of his mediation duties, Judge Rodriguez will be acting in his official capacity as a United States Bankruptcy Judge, with all of the privileges and immunities of a United States Bankruptcy Judge.

3. Each mediation party shall bear its own fees and expenses in connection with the mediation.

4. Participation in the mediation shall be without prejudice or waiver of, and shall not alter or impair, or have the effect of altering or impairing, any mediation parties' legal or equitable rights and defenses.

5. This Court shall retain jurisdiction to determine any disputes with regard to implementation of this Order.

Signed:  November 08, 2021.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**