United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 20, 2024

Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **EPIC COMPANIES, LLC,** | § | **Case No. 19-34752 (CML)** |
| | § | |
| **Debtors.[1]** | § | **Jointly Administered** |
| | § | |

### ORDER CLOSING REMAINING CHAPTER 11 CASES
**[Relates to Docket No. 1170]**

The Court has considered the *Liquidating Trustee's Motion for Entry of a Final Decree and Order Closing the Remaining Chapter 11 Cases* (the "<u>Motion</u>"). The Court finds that adequate notice of the Motion has been given to all creditors and parties-in-interest and that the Motion should be granted. Accordingly, it is

**ORDERED THAT:**

1.  The following cases are hereby closed:

    a.  Epic Companies, LLC (Case No. 19-34752);
    b.  Epic Diving & Marine Services, LLC (Case No. 19-34755);
    c.  Epic Applied Technologies, LLC (Case No. 19-34754); and
    d.  Epic Specialty Services, LLC (Case No. 19-34757).

2.  The Liquidating Trustee, no later than fourteen (14) days after the date of entry of this Final Decree, shall file a post-confirmation report for the fourth quarter of 2024 through the date of entry of the Final Decree and shall serve a true and correct copy of said statements on the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Epic Companies, LLC (1473), Epic Diving & Marine Services, LLC (2501), Epic Applied Technologies, LLC (5844), EPIC Specialty Services, LLC (8547), Epic Alabama Steel, LLC (6835), Epic San Francisco Shipyard, LLC (5763) and Zuma Rock Energy Services, LLC (1022). The mailing address of the Debtors is: P.O. Box 79625, Houston, Texas 77279-9625.

15048288

United States Trustee.  The Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

3.      Entry of this Final Decree is without prejudice to the rights of the Liquidating Trustee, the Debtors or any party in interest to seek to reopen these bankruptcy cases pursuant to section 350(b) of the Bankruptcy Code.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

Signed:  November 19, 2024

_____

Christopher Lopez
United States Bankruptcy Judge

15048288