IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EPIC COMPANIES, LLC, *et al.*,[1] | Case No. 19-34752 (CML) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO DESTROY**

On August 27, 2019, pursuant to the *Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent [Docket No. 20] (*the *"Retention Order")* entered by the United States Bankruptcy Court for the Southern District of Texas (the "Court"), Epiq Corporate Restructuring, LLC ("Epiq") was retained as claims, noticing, solicitation, and administrative agent in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of debtor Epic Companies LLC and its related affiliates (the "Debtors" or, after the Effective Date,[2] the "Reorganized Debtors").

On December 3, 2020, the Court entered *Final Decree Granting Liquidating Trustee's Motion to Close Certain of the Chapter 11 Cases* [Docket No. 786], (the "Decree"), closing related cases 19-34753, 19-34756, and 19-34758.

On November 19, 2024, the Court entered *Order Closing Remaining Chapter 11 Cases* [Docket No. 1171], (the "Final Decree"), closing the remaining Chapter 11 Cases.

On January 27, 2025, Epiq caused to be delivered to the Clerk an electronic copy in pdf format of all proofs of claim in the above-captioned Chapter 11 Cases. Per our records the electronic versions of the proofs of claim were sent to the Clerk at the following address: U.S. Bankruptcy Court for the Southern District of Texas, Attn: Heather Carr, Clerk of the Court, 515 Rusk Avenue, Houston, TX 77002, and received on January 29, 2025, via UPS tracking no 1Z2YY2980197714469. Epiq intends to destroy all proofs of claim in its possession on March 29, 2025, which is sixty (60) days from the date of filing of this notice.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/epicco/info.

[2] As defined in the N*otice of Entry of Order Approving Plan Proponents' Disclosure Statement and Confirming Plan Proponents' Joint Plan of Liquidation of Epic Companies, LLC and its Debtor Subsidiaries Under Chapter11 of the Bankruptcy Code, and Notice of Effective Date* [Docket No. 688], the Effective Date of the Plan occurred on April 13, 2020.

THEREFORE, PLEASE TAKE NOTICE that Epiq intends to destroy all proofs of claim in its possession related to the above-captioned and now-closed Chapter 11 Cases.

Date: January 29, 2025

/s/ Tim Conklin_____
Tim Conklin, Senior Consultant
Epiq Corporate Restructuring, LLC